NATHANIEL P. JOY, PLAINTIFF-RESPONDENT, v. FLOR-
ENCE PIPE FOUNDRY CO., DEFENDANT-PETITIONER.

See same case below:  64 *N. J. Super.* 13.

*Messrs. Dimon, Haines & Bunting* for the petitioner.

*Messrs. Pellettieri & Rabstein* for the respondent.

January 16, 1961.  Denied.

BAND'S REFUSE REMOVAL, INC., PLAINTIFF-RESPOND-
ENT, v. BOROUGH OF FAIR LAWN, *ET AL.*, DEFEND-
ANTS-RESPONDENTS,  CROSS-PETITIONERS,  FRANK
CAPASSO, *ET AL.*, INTERVENORS-DEFENDANTS-PETI-
TIONERS, CROSS-RESPONDENTS.

See same case below:  64 *N. J. Super.* 1.

*Messrs. Budd, Larner & Kent* for the petitioners, cross-
respondents.

*Mr. Morris Dobrin* and *Mr. Walter H. Jones* for the
respondents, cross-petitioners.

January 16, 1961.  Denied.